UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JESUS HERNANDEZ

CASE NO. 6:24-cr-244-RBD-EJK
18 U.S.C. § 932
18 U.S.C. § 933
18 U.S.C. § 922

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy to Straw Purchase Firearms)

Beginning on an unknown date, but no later than on or about August 19, 2022, and continuing through on or about September 6, 2023, in the Middle District of Florida and elsewhere, the defendant,

JESUS HERNANDEZ,

did knowingly conspire with others, both known and unknown to the United States, to purchase firearms, including but not limited to, one Barrett, model 82A1 rifle, five FN, model M249S rifles, one Ohio Ordinance, model M2SLR rifle, one Barrett, model M107A1 rifle, and two FN Scar 16S rifles, in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person intended to use, carry, possess, or otherwise dispose of the firearms in furtherance of a felony and a drug trafficking crime, to wit, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), and Conspiracy to Distribute, Distribution,

and Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

In violation of 18 U.S.C. § 932(b)(2) and (c)(2).

## COUNT TWO
### (Straw Purchasing of Firearms)

On or about November 8, 2022, in the Middle District of Florida and elsewhere, the defendant,

JESUS HERNANDEZ,

aided and abetted by others, did knowingly purchase a firearm, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of any other person, knowing or having reasonable cause to believe that such other person intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, to wit, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), and Conspiracy to Distribute, Distribution, and Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

In violation of 18 U.S.C. §§ 932(b)(2) and 2.

## COUNT THREE
### (Trafficking in Firearms)

On or about November 8, 2022, in the Middle District of Florida and elsewhere, the defendant,

JESUS HERNANDEZ,

2

aided and abetted by others, did knowingly ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit, Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A).

In violation of 18 U.S.C. §§ 933(a)(1) and 2.

## COUNT FOUR
### (False Statements in Firearm Transaction Record)

On or about November 8, 2022, in the Middle District of Florida, the defendant,

### JESUS HERNANDEZ,

aided and abetted by another person, acquired a firearm, to wit: one Barrett, model 82A1 rifle, from a federally licensed firearms dealer, namely, Jay's Guns and Accessories, Crestview, Florida, during which acquisition, the defendant made false and fictitious written statements intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on ATF Form 4473, which asks, "Are you the actual transferee/buyer of all the firearm(s) listed on this form and any continuation sheet(s)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE**

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 934(a)(1), 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922, 932, or 933, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 18 U.S.C. §§ 932 or 933, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1)(A), any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such violation; and, pursuant to 18 U.S.C. § 934(a)(1)(B), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Rachel Lyons
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## JESUS HERNANDEZ

### INDICTMENT

Violation:

18 U.S.C. § 932
18 U.S.C. § 933
18 U.S.C. § 922

A true bill

_____
Foreperson

Filed in open court this 25th day of September, 2024.

_____
Clerk

Bail  $_____

GPO 863 525